

# THE ATTORNEY GENERAL
## OF TEXAS

JIM MATTOX
ATTORNEY GENERAL

December 19, 1990

Honorable Bob Bullock
Comptroller of Public
    Accounts
L.B.J. State Office Bldg.
Austin, Texas  78774

Opinion No.   JM-1264

Re:  Whether the county attorney
of Fayette County is entitled to
be compensated as a district at-
torney  (RQ-2084)

Dear Mr. Bullock:

You ask whether the  county attorney of Fayette  County
is entitled to be compensated as a district attorney.

Section 24.254 of the Government Code provides that the
155th Judicial District is composed of Austin, Fayette,  and
Waller Counties.   Section  43.160 of  the  Government  Code
states the "voters  of Austin  and Waller  Counties elect  a
district  attorney  for  the  155th Judicial  District  who
represents the state  in that district  court only in  those
counties."

Section 45.175 of the Government Code provides that  in
"Fayette County the county attorney shall perform the duties
imposed  on  and  have  the  powers  conferred  on  district
attorneys by general law."

You direct  our  attention  to section  46.001  of  the
Government Code  that provides  county attorneys  performing
the duties of district attorney are "prosecutors" under  the
Professional Prosecutors Act. See Gov't Code ch. 46.    Sec-
tion 46.003(a) provides that each "prosecutor is entitled to
receive from the state compensation  equal to 90 percent  of
the compensation that  is provided for  a district judge  in
the General Appropriations Act."  Acts 1989, 71st Leg.,  ch.
1254,  § 2,  at  5057 (effective  September  1,  1989,    as
amended).   However, section  46.002 delineates  prosecutors
subject to this chapter, which is applicable only to  prose-
cutors in counties named in this section.  Section 46.002(3)
lists  those  county  attorneys  performing  the  duties  of
district attorney in  designated counties  as coming  within
the provisions  of this  chapter.   The county  attorney  of
Fayette County is not listed in subsection (3).

Sections 46.001 and 46.002 were both enacted at the same session of the legislature as part of Senate Bill 1228, Acts 1985, 69th Leg., ch. 480, § 1, at 1969 (effective September 1, 1985). Section 311.026(b) of the Government Code provides that if the conflict between a general provision and a special provision is irreconcilable, the special provision prevails unless the general provision is the later enactment and the manifest intent is that the general provision prevails. In the instant case, subsection (3) of section 46.002 listing county attorneys performing the duties of district attorneys in designated counties as coming within the act is the special provision.

The legislative intent that the provisions of this act apply only to county attorneys of counties listed in subsection (3) of section 46.002 is further evidenced by House Bill 600, Acts 1989, 71st Leg., ch. 811, § 1, at 3676, amending subsection (3) of section 46.002 by adding county attorneys performing the duties of district attorneys in three additional counties. Neither the original nor the amended version of 46.002 lists Fayette County. Furthermore, even though section 45.175 states that the county attorney of Fayette County has "the powers conferred on district attorneys by general law," chapter 46 is the exclusive provision governing the pay of county attorneys who perform the duties of district attorneys. We conclude that the district attorney of Fayette County does not come within the definition of "prosecutor" in section 46.001 so as to be entitled to compensation under section 46.003.

### S U M M A R Y

The county attorney of Fayette County is not entitled to be compensated as a prosecutor under section 46.003 of the Government Code.

Very truly yours,

J I M   M A T T O X
Attorney General of Texas

MARY KELLER
First Assistant Attorney General

LOU MCCREARY
Executive Assistant Attorney General

JUDGE ZOLLIE STEAKLEY
Special Assistant Attorney General

RENEA HICKS
Special Assistant Attorney General

RICK GILPIN
Chairman, Opinion Committee

Prepared by Tom G. Davis
Assistant Attorney General